JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARISSA MCFADDEN,<br><br>　　　　Plaintiff,<br>　vs.<br><br>CREDENCE RESOURCE MANAGEMENT, LLC; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:19-CV-09633-DDP-E<br><br>ORDER APPROVING STIPULATION TO DISMISS |

The parties to the above captioned action having stipulated that the action shall be dismissed in its entirety with prejudice, and the Court having considered the same,

IT IS HEREBY ORDERED that this action shall be dismissed in its entirety with prejudice. Each party is to bear its own costs and fees.

Date: April 2, 2020

_____
Hon. Dean D. Pregerson
United States District Judge